UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

John Albritton

NO. 4:12-CR-5-1F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on March 7, 2013 be turned over to Special Agent Jim VanLandingham / Kent West to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 11 | Firearm 20 Gauge Shotgun |
| 9 | Firearm 22 Caliber Rifle |
| 8 | Firearm 12 Gauge Shotgun |
| 10 | Firearm 12 Gauge Shotgun |
| 19 | Shotgun Shells & bullets |
| 20 | 2 Pill Bottles w/ 22 Pills |
| 22 | Pill Bottle Residue |
| 26 | Crack |
| 27 | Crack |
| 30 | $200.00 dollars Cash |

This 7th day of March, 2013.

_James C. F_
UNITED STATES DISTRICT JUDGE

Received by Agent       (signature) on       (date)

Case 4:12-cr-00005-F   Document 69   Filed 03/07/13   Page 1 of 1