UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION



UNITED STATES OF AMERICA

VS.

John Albritton

NO. 4:12-CR-5-1F

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on March 7, 2013 be turned over to Special Agent Jim VanLandingham, Kent West to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 21 | Pill Bottle |
| 28 | Plastic Baggie |

This 7th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent        (signature) on        (date)