IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00005-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ALBRITTON, | ) | |
| Defendant. | ) | |

Before the court is the Government's Motion for Issuance of Preliminary Order of Forfeiture [DE-80]. The undersigned has been advised that Defendant does not object to the motion. The court finds that the requisite nexus exists between the firearms and ammunition and Defendant's violation of 18 U.S.C. § 922(g). Additionally, because the motion is not contested, a hearing pursuant to Fed.R.Crim.P. 32.2(b)(1)(B) is not necessary.

The Government's Motion for Issuance of Preliminary Order of Forfeiture [DE-80] hereby is ALLOWED. By separate order, the undersigned will enter the Preliminary Order of Forfeiture.

SO ORDERED.

This, the 19 day of June, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge