IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-5-1F(1)

UNITED STATES OF AMERICA :
:
v. :
:
JOHN ALBRITTON :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of Guilty Verdict by a jury on March 8, 2013, and further findings of this Court at sentencing the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit:

a) a Marlin, model 60 Glenfield, .22 cal. Semi-automtic rifle;

b) a Mossberg, model New Haven 600AT, 12 gauge slide action shotgun;

c) a Savage, model 77B, 12 gauge slide action shotgun; and,

d) an H&R, model Topper 88, 20 gauge single shot shotgun and ammunition.

WHEREAS, by virtue of said Guilty Verdict and findings, the United States is now entitled to possession of said property pursuant to Fed.R.Crim.P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Verdict as to the defendant, John Albritton, the United States is hereby authorized to seize the

1

above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. With respect to the personal property, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include

any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 19 day of June, 2013.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge

3