IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:12-CR-00005-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN ALBRITTON | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 19, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 924(d)(1), based upon the defendant being found guilty by verdict of a jury as to all counts of the Second Superseding Criminal Indictment. The June 19, 2013 Preliminary Order of Forfeiture forfeited to the United States the defendant's interest in certain personal property, to wit:

**Personal Property**

a) a Marlin, model 60 Glenfield, .22 cal. Semi-automatic rifle;

b) a Mossberg, model New Haven 600ATF, 12 gauge slide action shotgun;

c) a Savage, model 77B, 12 gauge slide action shotgun; and

d) an H&R, model Topper 88, 20 gauge single shot shotgun and ammunition;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's June 19, 2013 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the June 19, 2013 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States is directed to dispose of the property according to law.

2. The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 29th of day September, 2014.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE