IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CRIMINAL NO. 4:12-CR-5-1F
CIVIL NO. 4:15-CV-19-F

| | |
|---|---|
| JOHN ALBRITTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The documents in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The filings are deficient in the following respects:

(X) The filing entitled "Petition Under 28 USC § 2255 to Vacate, Set Aside or Correct Sentence" was not signed or did not have an original signature.

(X) Other: An outdated form was submitted.

The Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected filings within twenty-one (21) days from the filing of this order. The Clerk of Court is directed to enclose an updated blank 2255 motion for the petitioner to complete. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 29 day of January, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge