IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00005-F-1
No. 4:15-CV-00019-F

| | |
|---|---|
| JOHN ALBRITTON, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the court *sua sponte*. On January 27, 2015, John Albritton filed his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-124, -129]. The court directed the Government to respond within forty days. On May 15, 2015, the Government filed a Motion to Dismiss [DE-131]. On June 1, 2015, Albritton filed a response in opposition [DE-134]. On July 17, 2015, Albritton filed a Motion for Leave to Amend Discovery [DE-135] in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015). On March 1, 2016, Sherri R. Alspaugh, an attorney with the Federal Public Defender's office, entered a limited notice of appearance [DE-148] pursuant to Standing Order 15-SO-02. Alspaugh has not made a filing on behalf of Albritton or moved to withdraw, and over a month has elapsed. Within fifteen days hereof, Alspaugh is DIRECTED is to file something on Albritton's behalf or move to withdraw.

SO ORDERED.

This the 4' day of April, 2016.

James C. Fox
Senior United States District Judge